KIRBY AISNER & CURLEY LLP
*Attorneys for Business Finland, Inc.*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
Julie Cvek Curley, Esq.
jcurley@kacllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:

                                                        Chapter 7

JANNA COLANGELO,                      Case No: 23-22355(SHL)

                                Debtor.
---------------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE THAT**, pursuant to Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Kirby Aisner & Curley LLP, hereby appears as counsel for Business Finland, Inc., creditor and interested party in the above-captioned Chapter 7 case. It is requested that copies of any and all notices, pleadings, and orders be sent to:

KIRBY AISNER & CURLEY LLP
Attn: Julie Cvek Curley, Esq.
700 Post Road, Suite 237
Scarsdale, New York 10583
jcurley@kacllp.com
Telephone: (914) 401-9500

**PLEASE TAKE FURTHER NOTICE**, that, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, the foregoing request includes not only the notice and papers referred to in the rules specified above, but all other notices, papers and documents, including but not limited to: copies of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted

or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise in the above referenced case.

Dated: Scarsdale, New York
June 5, 2023

                                            KIRBY AISNER & CURLEY LLP
*Attorneys for Business Finland, Inc.*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
jcurley@kacllp.com


By:   */s/ Julie Cvek Curley*
      Julie Cvek Curley, Esq.