UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

JANNA COLANGELO,

Chapter 7
Case No: 23-22355(SHL)

Debtor.
------------------------------------------------------------X

## STIPULATION AND ORDER EXTENDING TIME OF BUSINESS FINLAND, INC. TO OBJECT TO THE DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. §§523 AND 727

### RECITALS

A.  On May 9, 2023 (the "**Filing Date**"), the above captioned Chapter 7 debtor, Jaana Colangelo (the "**Debtor**") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code (the "**Chapter 7 Case**") in the United States Bankruptcy Court for the Southern District of New York, White Plains Division (the "**Bankruptcy Court**").

B.  Howard Magaliff, Esq. was appointed as the interim Chapter 7 Trustee ("**Trustee**") of the Debtor's estate, and has since duly qualified as, and is the permanent Trustee in this Chapter 7 Case.

C.  Pursuant to the Notice of Chapter 7 Bankruptcy Case dated May 9, 2023, the deadline to commence an action pursuant to §§523 and 727 of Title 11 of the United States Code (the "**Bankruptcy Code**") to seek a determination that the debt owed to Spouse in nondischargeable and to deny the Debtor's discharge was set to August 14, 2023.

D.  Business Finland, Inc. ("**Business Finland**"), a creditor, has requested and the Debtor agrees to an extension of time in this case, for Business Finland to object to discharge or dischargeability under §§523 and 727 of the Bankruptcy Code

NOW, THEREFORE, in consideration of the above stated premises, and for such other good and valuable consideration given, IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between the Debtor and the Spouse as follows:

1. Business Finland's time to timely commence an action pursuant to §§523 and 727 of the Bankruptcy Code to seek to deny the Debtor's discharge is hereby extended up to and including October 13, 2023, without prejudice to Business Finland's right to seek further extensions.

2. This stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument, and facsimile signatures herein shall be deemed to be original signatures.

3. The parties hereto consent to the entry of the Stipulation as an order in this Chapter 7 Case.

| | |
|---|---|
| Dated: White Plains, New York<br>August 9, 2023 | Dated: Scarsdale, New York<br>August 7, 2023 |
| CUSHNER & ASSOCIATES, P.C.<br>*Attorneys for the Debtor*<br>399 Knollwood Road, Suite 205<br>White Plains, New York 10603<br>Phone: (914) 600-5502<br>Email: todd@cushnerlegal.com | KIRBY AISNER & CURLEY LLP<br>*Attorneys for* Business Finland, Inc.<br>700 Post Road, Suite 237<br>Scarsdale, New York 10583<br>Phone: (914) 401 – 9500<br>Email: jcurley@kacllp.com |
| By: */s/ Todd S. Cushner*<br>     Todd S. Cushner, Esq. | By: */s/ Julie Cvek Curley*<br>     Julie Cvek Curley |

**SO ORDERED**
**this 11th day of August, 2023**

*/s/ Sean H. Lane*
**HONORABLE SEAN H. LANE**
**U.S. BANKRUPTCY COURT JUDGE**