| | |
|---|---|
| KIRBY AISNER & CURLEY LLP<br>*Attorneys for Business Finland, Inc.*<br>700 Post Road, Suite 237<br>Scarsdale, New York 10583<br>Tel: (914) 401-9500<br>Julie Cvek Curley, Esq.<br>jcurley@kacllp.com | *Presentment Date: August 31, 2023*<br>*Presentment Time: 12:00 a.m.* |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

JANNA COLANGELO,

         Chapter 7
         Case No. 23-22355(SHL)

       Debtor.
-----------------------------------------------------------X

### NOTICE OF PRESENTMENT OF APPLICATION FOR ORDER DIRECTING THE PRODUCTION OF DOCUMENTS AND SCHEDULING EXAMINATIONS PURSUANT TO BANKRUPTCY RULE 2004

**PLEASE TAKE NOTICE,** that upon the annexed Application (the "**Application**")[1] of Business Finland, Inc. ("**Business Finland**"), creditor of the above captioned debtor and debtor-in-possession, Jaana Colangelo (the "**Debtor**"), by its attorneys, Kirby Aisner & Curley, LLP, will be presented by the undersigned for approval and signature to the Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy Courthouse, Southern District of New York (White Plains Division) on the **August 31, 2023**.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Application must be made in writing, filed with the Court on the Court's Electronic Case Filing System, at www.ecf.nysb.uscourts.gov (login and password required), with a copy delivered directly to Chambers and served upon Kirby Aisner & Curley LLP, attorneys for Business Finland,

---

[1] Capitalized terms used herein not otherwise defined shall have the meaning ascribed to them in the Application.

700 Post Road, Suite 237, Scarsdale, New York 10583, Attn: Julie Cvek Curley, Esq., so as to be received before the Presentment Date.

**PLEASE TAKE FURTHER NOTICE,** that in the event that an objection is received, the Court may hold a hearing with respect to the signature of this Order, and the undersigned will inform any party filing an objection as to the date and time of the hearing.

Dated:  Scarsdale New York
August 14, 2023

                         KIRBY AISNER & CURLEY LLP
                         *Attorneys for Business Finland, Inc.*
                         700 Post Road, Suite 237
                         Scarsdale, New York 10583
                         (914) 401-9500

By: */s/ Julie Cvek Curley*
                         Julie Cvek Curley, Esq.