KIRBY AISNER & CURLEY LLP
*Attorneys for Business Finland, Inc.*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
Julie Cvek Curley, Esq.
jcurley@kacllp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:

JANNA COLANGELO,

                 Debtor.

-------------------------------------------------------X

Chapter 7
Case No. 23-22355(SHL)

## CERTIFICATE OF SERVICE

      I, Khyati Tuli, do hereby affirm under penalty of perjury, that I am not a party to the action and am over 18 years of age and an employee of the law firm of Kirby Aisner & Curley LLP, 700 Post Road, Suite 237, Scarsdale, New York 10583.

      On the 15th day of August, 2023, I served a true and correct copy of *Notice of Presentment of Business Finland Inc.'s Application for Order Directing the Production of Documents and Scheduling Examinations Pursuant to Bankruptcy Rule 2004, together with Application and Proposed Order,* upon the parties listed on the below Service List, by enclosing documents in a pre-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service by First Class Mail delivery.

      Additionally, all parties received ECF/CM System Notifications in this case received same.

                                                           */s/ Khyati Tuli*
                                                           Khyati Tuli

## SERVICE LIST

Todd S. Cushner, Esq.
Cushner & Associates, P.C.
399 Knollwood Road, Suite 205
White Plains, NY 10603

Howard P. Magaliff, Esq.
Chapter 7 Trustee
335 Madison Avenue, 9th Floor
New York, NY 10017

Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004