UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                                             Chapter 7

        Jaana Colangelo
                                                         Case No. 23-22355-shl

                     Debtors.
----------------------------------------------------------------x

**AFFIDAVIT IN SUPPORT OF ORDER AUTHORIZING RETENTION OF HOULIHAN LAWRENCE AS REAL ESTATE BROKER IN CONNECTION WITH THE SALE OF THE REAL PROPERTY LOCATED AT 66 WILSON DRIVE, NEW ROCHELLE, NY 10801**

STATE OF NEW YORK                    )
                                    ss.:
COUNTY OF WESTCHESTER      )

      I, Ann Alifante-Briscoe, being duly sworn, deposes and says:

1. Deponent is an authorized agent of Houlihan Lawrence, Inc. (or "Broker") and the agent responsible for marketing and selling the property known 66 Wilson Drive, New Rochelle, NY 10801 (the "Property"). Our office is located at 15 Quaker Ridge Rd. New Rochelle, NY 10804.

2. Houlihan Lawrence, Inc. is a licensed real estate broker authorized to operate pursuant to the laws of the State of New York.

3. The services to be rendered by Broker are the procurement of and the negotiations with prospective purchasers of the Property. Broker has an exclusive right to sell the Property commencing upon approval of its retention, and expiring at midnight on September 21, 2023.

4. Services to be rendered by Broker shall be compensated as follows: Broker shall receive as a brokerage commission 5% (five percent) of the gross contract sales price. Broker agrees not to list the Property for less than $775,000.00 without the consent of the owners. Commissions shall be deemed earned and due only upon the closing of the sale of the Property after the approval of the United States Bankruptcy Court for the Southern District of New York.

5. Deponent hereby states to the best of my knowledge, information and belief that the firm of Houlihan Lawrence, Inc. and Deponent neither hold nor represent any interest adverse to the Debtors, their creditors or other parties in interest. Broker and Deponent are disinterested parties within the meaning of 11 U.S.C. Section 101(14) of the Bankruptcy Code.

*/s/ Ann Alifante-Briscoe*
Ann Alifante-Briscoe