# CUSHNER & ASSOCIATES, P.C.

399 Knollwood Road, Suite 205 • WHITE PLAINS, NEW YORK 10603
PHONE (914) 600-5502 • FAX (914) 600-5544 • www.cushnerlegal.com

Todd S. Cushner**

**Admitted NY, NJ, USDNJ, SDNY and EDNY

August 17, 2023

**Via ECF**
Hon. Sean H. Lane
300 Quarropas Street
White Plains, NY 10601

Jaana Colangelo
Case No.: 23-22355-shl

RE: Withdrawal of Motion

Dear Judge Lane,

Please note that this law firm represents the Debtor, Jaana Colangelo, in the above-captioned Chapter 7 bankruptcy.

On August 16, 2023, an application to employ Houlihan Lawrence, Inc. as real estate broker was filed with respect to the property located at 66 Wilson Drive New Rochelle, NY 10801. This was entered in error.

**The undersigned hereby withdraws Debtor's Application to Employ as ECF Docket No. 19 and requests that the September 12, 2023 hearing be marked off.**

Thank you for your time and attention to this matter. Please contact this office should you have any questions or concerns.

Respectfully yours,

Todd S. Cushner
Attorney at Law