November 3rd, 2023      U.S. BANKRUPTCY COURT FILED 2023 NOV -6 A 11:29      Case # 23-22355

Dear Honorable Judge Lane,

    I am writing this letter to ask for your help. I am a single mother of four under-age children. I am 100% legally disabled. My four children and I were verbally abused for years by my husband. My husband physically abused my children for years. It ended when someone reported my husband to CPS. I was too scared to report him. I am still scared of him. Now I am trying to survive with my four children, and it is not easy. Every day is a struggle especially because I don't have any family here and my financial resources are limited. I am on disability, and I rely on social services so I can put food on the table.

    I had to file Chapter 7 this spring to be able to start fresh with my children. They are the most important thing in my life. They are my only family. And I want to protect them. It recently came to my attention that Business Finland (Creditor) contacted the media in Finland. There were articles and pictures. There were pictures of my children and other private information. This scares me because people know where we live now, and I am concerned about my children's safety. I want my children to be protected.

    My current lawyer, Todd Cushner, has been handling my bankruptcy. I was able to pay him $3,500 for filings in full. But now he is requesting more money for the 2004 deposition. He is asking for $15,000.00 additional money. He called me on Monday, October 30th, 2023, telling me that he is not going to set up the deposition date until I pay him. This was the first time he told me that he was not going to set the deposition up until he had received the money. He has been delaying the process without telling me. I don't have $15,000.00, that is why I filed Chapter 7.

    Mr. Cushner rushed us to list our house in June 2023. We found a real estate broker and real estate attorney. We had an open house at the end of July/ beginning of August. We had many offers, and we accepted an offer of $930,000.00. The contract was executed, and our real estate attorney emailed all the papers to Mr. Cushner in mid-August. Mr. Cushner filed a motion to sell the house on August 16th, 2023, but he withdrew the motion the very next day, August 17th, 2023, without notifying us including our real estate broker and real estate attorney. We assumed that we had approval from the court. Mr. Cushner rushed my husband to sign his permission to sell. He did not ever indicate that there was a problem. Every time I sent him an email requesting information, he called me. He did not ever reply to my emails, it was always the phone call. Our real estate attorney, Mr. Joseph Hladki, called me last week. He told me that his communication with Mr. Cushner has been totally ineffective and unacceptable. Mr. Hladki has contacted Mr. Cushner on several occasions without success. Last time when I spoke with Mr. Hladki last week, he told me that he had been trying to reach Mr. Cushner for 15 days without a reply. This is very alarming and now my 2004 deposition is at risk because I don't have money for an attorney for the deposition.

    I am ready to give up. I don't know what to do next. I am out of resources and have nowhere to go. I am asking for your help to guide me in my next steps. I want to do the right thing. I am not a bad person. I always put everyone else first before thinking about myself.

Sincerely,

Jaana Colangelo

Mobile
914 414 1960