

# Law Office of Todd S. Cushner & Associates, P. C.

Todd S. Cushner, Esq.**
Deborah Turofsky*
Dana Brescia, of counsel

**Admitted in NY & NJ
*Admitted in NY

November 7, 2023

**Via ECF**
Hon. Sean H. Lane
300 Quarropas Street
White Plains, NY 10601

**RE: Jaana Colangelo**
**Case No. 23-22355**

Dear Judge Lane,

I'm writing in response to Ms. Colangelo's letter dated November 3. Rest assured that I'm doing everything I can to help Ms. Colangelo, to date I have reviewed her state case docket of over 1500 pages. I have also reviewed Ms. Colangelo's document request from opposing counsel; Ms. Colangelo advised me from the beginning that she would be paying me for the adversary case, which is not a base service in my retainer, from a third party relative. She is telling me this for over three months and I have pushed off her 2004 exam to provide her additional time for the retrieval of documents. At no time did I delay the process or tell her I would not represent her if she didn't pay me.

With respect to Ms. Colangelo's desire to sell her house; I remind Your Honor that this was a Chapter 7 case, and at no time did Trustee Howard Magaliff abandon this property. As such I withdrew my motion. Additionally, her statement that real estate attorney Joseph Hladki failed to communicate with me, is an abject falsehood as Mr. Hdlaki and I maintain a personal relationship and speak to each other on a regular basis. He would never, ever, accuse me of the disparaging things accused by Ms. Colangelo.

This letter came as a complete surprise to me, with no notice from Ms. Colangelo, that she had any issue with me, or my services. I have advised her that I will be making a motion, forth with, to be relieved as counsel in this matter. It is my hope that this letter resolves any issues regarding this case and my integrity.

Respectfully yours,

Crosswest Office Center
399 Knollwood Road, Suite 205
White Plains, NY 10603

T: (914) 600-5502
F: (914) 600-5544
www.cushnerlegal.com