Cushner & Associates, P.C.                      **HEARING DATE: December 13, 2023**
*Attorneys for Debtor*                          **HEARING TIME: 10:00 A.M.**
399 Knollwood Road, Suite 205
White Plains, New York 10603
T: (914) 600-5502 / F: (914) 600-5544
Todd S. Cushner, Esq.
todd@cushnerlegal.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

IN RE:

                                                **CHAPTER 7**
            JAANA COLANGELO                     **CASE NO. 23-22355-SHL**



            DEBTOR(S).
-------------------------------------------------------------------X

### NOTICE OF MOTION TO WITHDRAW AS ATTORNEY OF RECORD
### PURSUANT TO S.D.N.Y. LOCAL RULE 2090-1(e)

**PLEASE TAKE NOTICE** that upon the annexed Motion of Cushner & Associates,

P.C., dated November 9, 2023, the undersigned will move this Court before the Honorable Sean

H. Lane at the U.S. Bankruptcy Court, One Bowling Green New York, NY 10004 on **December**

**13, 2023 at 10:00 a.m.** or as soon thereafter as counsel can be heard for an Order, pursuant to

SDNY Local Rule 2090-1(e), permitting the firm of Cushner & Associates, P.C. to withdraw as

Debtor's counsel; and for such other and further relief as to the Court may seem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that the Motion has been electronically filed

with the Clerk of the Bankruptcy Court and may be examined and inspected by interested parties

by accessing the Court's website at www.nysb.uscourts.gov.  Note that a PACER password is

needed to access documents on the Court's website.

**PLEASE TAKE FURTHER NOTICE**, that responses or objections, if any, to

the Motion shall (i) be in writing; (ii) set forth the factual and legal basis for the objection; (iii)

identify the party raising the objection; (iv) comply with the Federal Rules of Bankruptcy

Procedure; (v) be filed with the Court (with one (1) copy to Chambers); and (vi) be served upon

Cushner & Associates, P.C., attorneys for the Debtor, 399 Knollwood Road, Suite 205, White

Plains, New York, 10603, Attn: Todd S. Cushner, Esq. and the United States Trustee, 201 Varick

Street, New York, New York 10014 so as to be filed and received no later than seven (7)

business days prior to the hearing.

           **PLEASE TAKE FURTHER NOTICE** that if no objections to the Motion are

timely filed, served and received in accordance with this Notice, the Bankruptcy Court may grant

the relief requested without further notice or hearing.

Dated: White Plains, New York
       November 9, 2023

                                       Respectfully submitted,

                                       */s/ Todd S. Cushner*
                                       Todd S. Cushner, Esq.
                                       Cushner & Associates, P.C.
                                       399 Knollwood Road, Suite 205
                                       White Plains, New York 10603
                                       (914) 600-5502 / (914) 600-5544
                                       todd@cushnerlegal.com