UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

    Jaana Colangelo,                    Chapter 13

                                          Case no. 23-22355-shl

                    Debtor.

-------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK            )
COUNTY OF WESTCHESTER    ) ss.:

    I, Sindi Castro, being duly sworn, deposes and says:  I am not a party to the action, I am over 18 years of age and I reside in Rockland, New York.

    On **November 9, 2023** I caused the serving within: **Notice of Motion to Withdraw as Attorney, Application for Leave and Proposed Order** upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a paid properly addressed wrapper in an official depository under the exclusive care and custody of United States Postal Service within the State of New York via first class mail:

                    See attached Mailing Matrix for all parties served.

                                                          /s/ Sindi Castro
                                                            Sindi Castro

Sworn before me on this
6th day of October, 2023

/s/ Todd S. Cushner
Todd S. Cushner, Esq.
REG # 02CU6071553
Notary Public, State of New York
Certified in Queens County
NY Commission Expires 3/18/2026


Hon. Sean H. Lane
300 Quarropas Street
White Plains, NY 10601-4140