January 23rd, 2024

Case 23-22355-shl

Dear Judge Lane,

    I would like to request more time to find a new representative for myself. I would also ask for more time to answer the summons from Business Finland. I have been sick, and my medical condition has been preventing me from doing so.

Sincerely,

Jaana Colangelo