January 23rd, 2024

Case 23-22355-shl

Dear Judge Lane,

    I would like to request more time to find a new representative for myself. I would also ask for more time to answer the summons from Business Finland. I have been sick, and my medical condition has been preventing me from doing so.

Sincerely,

Jaana Colangelo

**MEMORANDUM ENDORSED ORDER:**
**Given the status of this case, the Court believes that proceeding with the hearing is appropriate and provides the best path forward. Accordingly, this request for an adjournment is denied. All parties (including Ms. Colangelo) may participate at the upcoming hearing by Zoom, with Zoom links to be provided by the Court upon registration for the hearing.**
**SO ORDERED.**
**Dated: January 25, 2024**
*/s/ Sean H. Lane*
**United States Bankruptcy Judge**