**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

IN RE:

                                                                          **CHAPTER 7**
                                                                          **CASE NO. 23-22355-SHL**

JAANA COLANGELO,

                    DEBTOR(S)
-------------------------------------------------------------------X

### ORDER PERMITTING THE LAW FIRM OF CUSHNER & ASSOCIATES, P.C. TO WITHDRAW AS ATTORNEYS OF RECORD FOR THE DEBTOR PURSUANT TO SDNY LOCAL RULE 2090-1(e)

      Cushner & Associates, P.C., in the above-referenced case, having moved this Court before the Honorable Sean H. Lane for an Order permitting it to withdraw as attorneys for record the debtor, Jaana Colangelo pursuant to SDNY Local Rule 2090-1(e) as set forth in the annexed Motion (the "<u>Motion</u>"), dated November 8, 2023, and upon reading and filing of the Notice of said Motion, dated November 8, 2023, in support thereof, and after a hearing held on December 13, 2023 at 10:00 a.m. , in support of the Motion, and there having been no appearance in opposition thereto, and due deliberation having been had thereon,

      **NOW,** on motion of Cushner & Associates, P.C., pursuant to SDNY Local Rule 2090-1(e), and it is hereby

      **ORDERED,** that Cushner & Associates, P.C. are no longer attorneys of record for the debtor, Jaana Colangelo and have been discharged of any obligation or responsibility for representing the debtor<u>*; and it is further*</u>

      <u>**ORDERED** *Cushner & Associates, P.C. shall serve a copy of this Order on the Debtor within two business days of entry of this Order and file a certificate of such service within one*</u>

*week of the entry of this Order [SHL].*

Dated: January 26, 2024                                    */s/ Sean H. Lane*
White Plains, New York                                     United States Bankruptcy Judge