Case 23-22355-shl

January 30th, 2024

Dear Judge Lane,

      I spoke with Gary R. Gjertsen yesterday from Clair Gjertsen& Weathers.  He gave me a couple of referrals to contact. I am still actively looking for representation for myself. I will be present at tomorrow's Zoom meeting. I was not aware that Business Finland was requesting to get a default judgment against me. Mr. Gjertsen looked at the paperwork on the portal Business Finland filed in December 2023 and he educated me about Business Finland's request. I am sorry about my wording. It is not law vocabulary. I am not sure if my answer is correct or do I have to submit a new answer.

Sincerely,

Jaana Colangelo