UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

JANNA COLANGELO,

                           Chapter 7
                           Case No. 23-22355(SHL)

Debtor.

-----------------------------------------------------------X

## ORDER PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE DIRECTING THE PRODUCTION OF DOCUMENTS AND SCHEDULING AN EXAMINATION

Upon the application dated July 25, 2023 (the "**Application**", ECF No. 9) of Business Finland, Inc. ("**Movant**"), creditor of Jaana Colangelo (the "**Debtor**") and party in interest in the above-captioned Chapter 7 Proceeding, for an order pursuant to 11 U.S.C. §105(a) and Fed. R. Bankr. P. 2004 directing the production of documents; and this Court having entered an order dated August 22, 2023 (the "**Order**", ECF No. 21) directing the production of documents and scheduling of an examination of, *inter alia*, the Debtor; and a hearing having been held on January 31, 2024 (the "**Hearing**") attended by the Debtor and Movant; and, after due deliberation, for the reasons set forth at the Hearing; it is hereby

**ORDERED** that Jaana Colangelo shall appear at the time, date, and place set forth below to testify at an examination under Fed. R. Bankr. P. 2004:

        DATE:         February 29, 2024
        TIME:         10:00 am (EST)
        LOCATION:  Kirby Aisner & Curley LLP
                           700 Post Road, Suite 237 (2nd Floor)
                           Scarsdale, New York 10583

and it is further

**ORDERED**, that Jaana Colangelo shall respond to any outstanding requests from Movant for the production of the records, documents and electronic files set forth above shall be deemed

good and sufficient notice of the production of such records, documents and electronic files within fourteen (14) days' of the date of the request; and it is further

**ORDERED**, that service of a copy of this Order, within one (1) business day of entry, by first class mail upon Jaana Colangelo at her address listed on her voluntary petition and by electronic mail (j***@outlook.com) shall be deemed good and proper service of this Order; and it is further

**ORDERED**, that this Court shall retain jurisdiction to resolve any disputes arising or related to this Order including any discovery disputes that may arise between or among the parties and to interpret, implement, and enforce the provisions of this Order.

Dated: White Plains, New York
       February 8, 2024

                                             ***/s/ Sean H. Lane***
                                             HONORABLE SEAN H. LANE
                                             U.S. BANKRUPTCY JUDGE