Case 23-22355-shl

1.   No tangible property except 66 Wilson Drive, New Rochelle NY 10801.

I only own 66 Wilson Drive, New Rochelle, NY 10801 with Ms. Colangelo.

Ms. Colangelo is not the owner of Black Labrador. She has never been the

owner of Black Labrador. She has not ever been an authorized person. Black

Labrador was a hobby.

2.   No money or property exceeding $ 5,000 or more was transferred during

the relevant time.

3.     Only Black Labrador and Colangelo Risk Management. Documents mailed.

4.     No assets except 66 Wilson Drive, New Rochelle NY 10801.

5.     I only had Black Labrador and Colangelo Risk Management. Documents

mailed.

6.     66 Wilson Drive, New Rochelle NY 10801.

7.     No trust.

8.     Sent by mail.

9.     Sent by mail.

10.     No gifts were made.

11.     Only IRA

12.     Took money out from IRA to pay bills.

13.     Sent bank statements by mail.

14.     Sent by mail.

15.     No documents or correspondence between the accountant or bookkeeper.

16.     No ledgers, profit, and loss statements, and balance sheets exist.

17.     Paystub from November 2022 – May 2023 mailed.

18.     Statements sent by mail. No joint credit card with Ms. Colangelo.

19.     Honda Element (2003) and a Honda Odyssey (2008). Previously owned boat.

20.     Life insurance policy. Sent by mail.

21.     Mortgage 66 Wilson Drive, New Rochelle NY 10801. Papers mailed 2023.

22.     Sent by mail.

23.     Sent by mail.

24.     Sent by mail.

25.     No safe deposit.

26.     No safe.

27.     No collectibles.

28.     No silver, or oriental rugs or antiques.

29.     No jewelry.

30.     No electronics.

31.      No firearms.  Sold several years ago. Receipt sent by mail.

32.     No settlement agreements.

33.     Divorce agreement sent by mail.