UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In Re:

Jaana Colangelo,                                                    Case No 23-22355-shl

    Debtor.                                                     Chapter 7
-------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING (FKA SPECIALIZED LOAN SERVICING LLC) (the "Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Raquel Felix, Esq.**
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004

Dated: May 28, 2024
Westbury, NY

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Attorney for Secured Creditor
    900 Merchants Concourse, Suite 310
    Westbury, NY 11590
    Phone: (516) 280-7675
    Fax:    (516) 280-7674

    By: /s/ Raquel Felix
    Raquel Felix, Esquire

24-213143 - RaF

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In Re:

Jaana Colangelo,                                                    Case No 23-22355-shl

   Debtor.                                                          Chapter 7

-------------------------------------------------------------------x

## CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that on May 30, 2024, I caused the foregoing Notice of

Appearance and Request for Service to be electronically filed with the Clerk of Court by using

the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States

Mail to the following parties:


TODD S. CUSHNER
CUSHNER & ASSOCIATES, P.C.
399 KNOLLWOOD ROAD
SUITE 205
WHITE PLAINS, NY  10603

JAANA COLANGELO
66 WILSON DR
NEW ROCHELLE, NY  10801

HOWARD P. MAGALIFF
HOWARD P. MAGALIFF - CHAPTER 7 TRUSTEE
6 EAST 43RD STREET, 21ST FLOOR
NEW YORK, NY  10017


24-213143 - RaF

UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE - NY
ALEXANDER HAMILTON CUSTOM HOUSE
ONE BOWLING GREEN, ROOM 534
NEW YORK, NY  10004


Dated: May 30, 2024
Westbury, NY

By: /s/ Emily Cheng