UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                              :         Chapter 7
                                                    :
JAANA COLANGELO,                                    :         Case No. 23-22355 (KYP)
                                                    :
                  Debtors.                          :
---------------------------------------------------------------X

## NOTICE OF RATE INCREASE FOR TRUSTEE'S ATTORNEYS

TO THE COURT, TRUSTEE, U.S. TRUSTEE,
ALL CREDITORS AND PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that:

1. By Order dated September 19, 2023 [doc. 22] (the "Retention Order"), R3M Law, LLP was retained as attorneys for Howard P. Magaliff, the chapter 7 trustee (the "Trustee") of the estate of the above-named Debtor.

2. The Retention Order provides that "R3M shall advise the Trustee, the Court and the United States Trustee in writing on the docket of any rate change in this case during the course of this engagement." Effective January 1, 2024 R3M's rates for this matter will be:

| Position   | Current Rates   | New Rates      |
|------------|-----------------|----------------|
| Partners   | $675 – $825     | $675 – $800    |
| Counsel    | —               | $900[1]        |
| Associate  | $400            | $440           |

Dated: New York, New York          R3M LAW, LLP
       September 25, 2024          Attorneys for the Trustee
                                   By:

                                   /s/ Howard P. Magaliff
                                   HOWARD P. MAGALIFF
                                   6 East 43rd Street, 21st Floor
                                   New York, NY 10017
                                   646.453.7851
                                   *hmagaliff@r3mlaw.com*

---

[1] Effective January 1, 2024 Elwood Collins, previously a partner became counsel to the firm. His rate increased from $825 to $900.