| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jaana Colangelo | Social Security number or ITIN   xxx–xx–6924 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    Southern District of New York | | |
| Case number:   23–22355–kyp | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jaana Colangelo

1/22/25

**By the court:** Kyu Young Paek
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court

Southern District of New York

| In re: | Case No. 23-22355-kyp |
|---|---|
| Jaana Colangelo | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0208-7 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 22, 2025 | Form ID: 318 | Total Noticed: 9 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jaana Colangelo, 66 Wilson Drive, New Rochelle, NY 10801-4648 |
| 8019227 | + | BUSINESS FINLAND USA, INC., 605 THIRD AVENUE, 35 FLOOR, NEW YORK, NY 10158-0008 |
| 8025748 | + | Business Finland, Inc., c/o Kirby Aisner & Curley LLP, 700 Post Road, Suite 237, Scarsdale, NY 10583-5013 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | | |
| | | | Jan 22 2025 19:02:00 | NewRez LLC dba Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 8019226 | ^ | MEBN | | |
| | | | Jan 22 2025 18:59:22 | AWA COLLECTIONS, ATTN: BANRKUPTCY, 100 CHURCH STREET, DICKSON, TN 37055-1826 |
| 8019228 | ^ | MEBN | | |
| | | | Jan 22 2025 18:59:23 | CHIME/STRIDE BANK, ATTN: BANKRUPTCY, PO BOX 417, SAN FRANCISCO, CA 94104-0417 |
| 8473118 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Jan 22 2025 19:02:00 | NewRez LLC dba Shellpoint Mortgage Servicing, c/o Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 8019229 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Jan 22 2025 19:03:00 | SPECIALIZED LOAN SERVICING, 8742 LUCENT BOULEVARD, SUITE 300, LITTLETON, CO 80129 |
| 8237817 | + | Email/Text: BNCnotices@dcmservices.com | | |
| | | | Jan 22 2025 19:03:00 | YALE NEW HAVEN HEALTH, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| unk | | Ron Colangelo |
| cr | *+ | Business Finland, Inc., c/o Kirby Aisner & Curley LLP, 700 Post Road, Suite 237, Scarsdale, NY 10583-5013 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0208-7 | User: admin | Page 2 of 2
Date Rcvd: Jan 22, 2025 | Form ID: 318 | Total Noticed: 9

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2025        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Howard P. Magaliff | trustee@r3mlaw.com  hcolon@r3mlaw.com;ecf.alert+Magaliff@titlexi.com |
| Howard P. Magaliff | on behalf of Trustee Howard P. Magaliff hmagaliff@r3mlaw.com  hcolon@r3mlaw.com |
| Julie Cvek Curley | on behalf of Plaintiff Business Finland USA  Inc. jcurley@kacllp.com, bleonardo@kacllp.com;curley.julieb112129@notify.bestcase.com |
| Julie Cvek Curley | on behalf of Creditor Business Finland  Inc. jcurley@kacllp.com, bleonardo@kacllp.com;curley.julieb112129@notify.bestcase.com |
| Kevin Toole | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing ktoole@raslg.com  ktoole@rasboriskin.com |
| Raquel Felix | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing raqfelix@raslg.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 7