UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

JANNA COLANGELO,

Chapter 7
Case No. 23-22355(KYP)

Debtor.
-----------------------------------------------------------X

## ORDER DENYING DEBTOR'S HOMESTEAD EXEMPTION

**UPON** the objection dated July 20, 2025 (the "**Objection**", ECF No. 65) filed by Business Finland USA, Inc.'s ("**Business Finland**") by its attorneys, Kirby Aisner & Curley LLP, pursuant to Fed. R. Bankr. P. 4003 (b)(1) and 11 U.S.C. §522(o) to the claim of a homestead exemption by Jaana Colangelo, above-captioned debtor ("**Debtor**") as to the property located at 66 Wilson Drive, New Rochelle, New York ("66 Wilson"); and it appearing that due and sufficient notice of the Objection and the hearing thereon was provided; and there being no opposition to the requested relief; and upon the record of the October 23, 2025 hearing on the Objection (the "**Hearing**"); and, after due deliberation, it appearing that in the proceeding *Business Finland USA, Inc. v. Jaana Bernadotte-Colangelo and Finpro USA Inc.*, pending in the Supreme Court of the State of New York, Westchester County (the "State Court"), assigned Index No. 59629/2018 (the "State Court Action"), the New York Supreme Court issued a finding and ruling in the Decision and Order entered on December 21, 2020 that "[the Debtor and her Husband] charged at least $402,164.08 of expenses…related to improving [66 Wilson]" and "that the signatory power entrusted by [Business Finland] to [the Debtor] was used by [the Debtor] to divert funds from [Business Finland]'s Chase account and that those funds were improperly used to pay for significant renovations to [66 Wilson]"; and good and sufficient cause appearing, it is hereby

**ORDERED,** that Business Finland's Objection to the Debtor's claimed homestead exemption in 66 Wilson granted as set forth herein; and it is further

**ORDERED,** that the Debtor's claimed homestead exemption in 66 Wilson is denied.



**Dated: October 24, 2025**
**Poughkeepsie, New York**

/s/ Kyu Y. Paek
_____
**Hon. Kyu Y. Paek**
**U.S. Bankruptcy Judge**