**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

| | | |
|---|---|---|
| In re: Jaana Colangelo | § | Case No. 23-22355-kyp |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Howard P. Magaliff, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $187,619.00 |
| Total Distribution to Claimants: | $654,897.55 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $336,569.10 | | |

3) Total gross receipts of $991,466.65 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $991,466.65 from liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 181,761.00 | 840,260.49 | 840,260.49 | 654,134.81 |
| PRIORITY CLAIMS CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 348,559.67 | 336,569.10 | 336,569.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 523,282.00 | 12,000,762.74 | 12,000,762.74 | 762.74 |
| **TOTAL DISBURSEMENTS** | **$705,043.00** | **$13,189,582.90** | **$13,177,592.33** | **$991,466.65** |

4) This case was originally filed under Chapter 7 on 05/09/2023. The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/09/2026 By: /s/ Howard P. Magaliff

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1/2 Interest - Single Family Home 66 Wilson Drive New Rochelle NY 10801-0000 Westchester County | 1110-000 | 641,466.65 |
| Personal Injury Claim | 1242-000 | 350,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$991,466.65** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | BUSINESS FINLAND USA, INC. | 4110-000 | N/A | 522,732.79 | 522,732.79 | 336,607.11 |
| NOTFILED | Specialized Loan Servicing LLC | 4110-000 | 181,761.00 | 0.00 | 0.00 | 0.00 |
| | Chase Home Lending | 4110-000 | N/A | 8,819.00 | 8,819.00 | 8,819.00 |
| | Shellpoint Mortgage Servicing | 4110-000 | N/A | 198,332.72 | 198,332.72 | 198,332.72 |
| | | 4210-000 | N/A | 110,375.98 | 110,375.98 | 110,375.98 |
| **TOTAL SECURED CLAIMS** | | | **$181,761.00** | **$840,260.49** | **$840,260.49** | **$654,134.81** |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Howard P. Magaliff | 2100-000 | N/A | 52,823.33 | 48,586.37 | 48,586.37 |
| Howard P. Magaliff | 2200-000 | N/A | 36.50 | 33.57 | 33.57 |
| Vinay Agarwal, CPA, LLC | 3992-000 | N/A | 200.62 | 185.53 | 185.53 |
| Levine and Wiss, PLLC | 3210-000 | N/A | 110,375.99 | 110,375.99 | 110,375.99 |
| Vinay Agarwal, CPA, LLC | 3410-000 | N/A | 32,684.00 | 30,062.42 | 30,062.42 |

| | | | | | |
|---|---|---|---|---|---|
| International Sureties, Ltd. | 2300-000 | N/A | 613.21 | 613.21 | 613.21 |
| | 2500-000 | N/A | 18,525.89 | 18,525.89 | 18,525.89 |
| Ridge Abstract Corp | 2500-000 | N/A | 2,770.00 | 2,770.00 | 2,770.00 |
| Veolia Water New York Inc. | 2500-000 | N/A | 27.38 | 27.38 | 27.38 |
| Flagstar Bank, N.A. | 2600-000 | N/A | 2,726.40 | 2,726.40 | 2,726.40 |
| Webster Bank, NA | 2600-000 | N/A | 6,430.23 | 6,430.23 | 6,430.23 |
| R3M Law, LLP | 3110-000 | N/A | 63,264.50 | 58,190.05 | 58,190.05 |
| R3M Law, LLP | 3120-000 | N/A | 481.62 | 442.06 | 442.06 |
| MYC & Associates, Inc. | 3510-000 | N/A | 57,600.00 | 57,600.00 | 57,600.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$348,559.67** | **$336,569.10** | **$336,569.10** |

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **N/A** | | | |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | YALE NEW HAVEN HEALTH | 7100-000 | N/A | 762.74 | 762.74 | 762.74 |
| 2 | BUSINESS FINLAND USA, INC. | 7100-000 | 522,732.00 | 12,000,000.00 | 12,000,000.00 | 0.00 |
| NOTFILED | AWA Collections | 7100-000 | 540.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Chime/Stride Bank | 7100-000 | 10.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$523,282.00** | **$12,000,762.74** | **$12,000,762.74** | **$762.74** |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8



**Case Number:** 23-22355 KYP
**Case Name:** Jaana Colangelo

**Period Ending:** 04/09/26

**Trustee:** Howard P. Magaliff
**Filed (f) or Converted (c):** 05/09/23 (f)
**§341(a) Meeting Date:** 06/15/23
**Claims Bar Date:** 11/13/23

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1/2 Interest - Single Family Home 66 Wilson Drive New Rochelle NY 10801-0000 Westchester County<br>The non-filing spouse is entitled to fifty percent of net proceeds after payment of administrative expenses and fees, pursuant to order dated 09.24.25, ECF Doc. 77. | 0.00 | 480,000.00 | | 641,466.65 | FA |
| 2 | 1 Living Room Set, 1 Kitchen Set, 1 Bedroom Set | 2,400.00 | 0.00 | | 0.00 | FA |
| 3 | 1 Television 1 Cell Phone 1 Radio | 1,800.00 | 0.00 | | 0.00 | FA |
| 4 | Debtor's used clothing | 2,100.00 | 0.00 | | 0.00 | FA |
| 5 | 1 Dog, 1 Bunny | 175.00 | 0.00 | | 0.00 | FA |
| 6 | Cash on hand | 75.00 | 0.00 | | 0.00 | FA |
| 7 | Checking Account: Chime | 69.00 | 0.00 | | 0.00 | FA |
| 8 | Blackbaud Tuition Management | 2,000.00 | 0.00 | | 0.00 | FA |
| 9 | Business Finland USA, Inc. v. Colangelo, Adv. Pro. No. 23-07036-shl (Voided) (u)<br>Complaint from previous employer for following claims: (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud), (67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny), (68 (Dischargeability - 523(a)(6), willful and malicious injury)<br>10.24.25: Order was entered denying debtor her homestead exemption; this adversary proceeding was against the debtor and is not an asset of the estate. | Unknown | Unknown | | 0.00 | FA |
| 10 | Personal Injury Claim (u)<br>Net of $110,375.99 is after attorney's fees, disbursements and liens. | 0.00 | 350,000.00 | | 350,000.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$8,619.00** | **$830,000.00** | | **$991,466.65** | **$0.00** |

**Major activities affecting case closing:**
04.09.26: TDR submitted to UST's office.
02.26.26: Order entered granting TFR; distribution checks to be mailed out.
01.28.26: NFR filed; TFR hearing scheduled for 02.24.26 at 10 AM.
12.31.25: TFR submitted to UST's office.
12.30.25: Carve out with Business Finland agreed upon; trustee reviewed claims.
12.03.25: Trustee in communication with counsel for Business Finland re carve-out.

Exhibit 8

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



Note re Business Finland's Adv. Pro. No. 23-07036-shl; this was removed as an asset because this adversary proceeding was against the debtor and is not an asset of the estate.
10.27.25: Order entered denying the debtor's homestead exemption; trustee to review claims in preparation for TFR.
10.24.25: Order was entered denying debtor her homestead exemption in Adv. Pro. No. 23-07036.
09.25.25: Hearing for Business Finland's motion objection to debtor's homestead exemption is scheduled for 10.23.25.
09.08.25: Trustee's office filed Notice of Presentment of Proposed Order Approving the Transfer of Ronald Colangelo's Share of Sale Proceeds to R3M Law, LLP IOLA Account, return date is 09.22.25.
06.13.25: Summary judgement was entered in adversary proceeding.
03.16.25: Adversary case pending; trustee followed up with counsel for Business Finland re status.
11.21.24: Trustee's accountants reviewing additional document production.
10.29.24: Before TFR can be filed, business Finland objection to exemption must be resolved as well as claim against Ronald Colangelo's sale proceeds.
08.05.24: Notice of sale filed for closing of 66 Wilson Drive, New Rochelle, New York held on 07.30.24
07.12.24: Orders entered Authorizing The Sale Of Real Property and Approving Settlement Of Personal Injury Action And (II) Approving And Authorizing Payment Of Legal Fees And Expenses.
06.27.24: Trustee filed Motion to Approve Transfer of Contested Funds to Debtor's Sub-Trust; hearing scheduled for 08.15.24 at 10 AM.
05.21.24: Trustee filed motion to approve settlement of personal injury action; hearing scheduled for 06.24.24 at 10AM.
05.13.24: Trustee filed Motion to Sell Property Free and Clear of Liens Under Section 363(f); hearing scheduled for 06.24.024 at 10AM.
05.02.24: Order entered granting application to retain MYC.
04.29.24: Trustee filed application to retain MYC as real estate broker.
03.27.24: Order entered granting application to retain Levine And Wiss, PLLC.
03.20.24: Trustee's counsel filed application to retain Levine And Wiss, PLLC as PI counsel.
03.12.24: Order entered granting stip between trustee and Ronald Colangelo Consenting To Sale Of Property At 66 Wilson Drive, New Rochelle, New York
01.04.24: Order entered granting application to retain VACPA's.
12.29.23: Trustee's office filed application to retain VACPA's as trustee's accountants.
10.17.23: Trustee in the process of selling debtor's house.
09.19.23: Order entered granting trustee's application to retain R3M.
08.16.23: Trustee filed application to retain R3M as trustee's attorney.
08.11.23: Trustee's appraiser meeting with debtor to appraise house scheduled for 08.16.23 at 9 AM.
08.10.23: Trustee's office filed letter requesting bar date: 11/13/2023.
08.02.23: Document request letter sent to debtor's counsel from VACPA.
06.21.23: Trustee's office sent doc request to Debtor's counsel.
**Correct name is Jaana Colangelo
T/c Cushner. Debtor has potential buyer for house. Will amend Schedule A to reflect value of property.
<8/10/2023, 10:02:07 AM - HowardM-1133>

**Initial Projected Date of Final Report (TFR):** June 30, 2024

**Current Projected Date of Final Report (TFR):** December 31, 2025 (Actual)

April 09, 2026
Date

/s/ Howard P. Magaliff
Howard P. Magaliff

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 1

| | | | |
|---|---|---|---|
| **Case Number:** | 23-22355 KYP | **Trustee:** | Howard P. Magaliff |
| **Case Name:** | Jaana Colangelo | **Bank Name:** | Webster Bank, NA |
| | | **Account:** | ******6708 - Checking |
| **Taxpayer ID#:** | **-***2102 | **Blanket Bond:** | $43,994,379.00 (per case limit) |
| **Period Ending:** | 04/09/26 | **Separate Bond:** | N/A |

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/30/24 | | SERGIO DIFILIPPI | Net sale proceeds from closing. Sale of 66 Wilson Drive, New Rochelle, NY pursuant to Order dated 07.12.24, ECF # 63. | | | 654,397.05 | | 654,397.05 |
| 07/30/24 | Asset #1 | | Gross sale proceeds from closing | 864,000.00 | 1110-000 | | | 654,397.05 |
| 07/30/24 | | | Taxes | 346.15 | 2500-000 | | | 654,397.05 |
| 07/30/24 | | Shellpoint Mortgage Servicing | Mortgage | -198,332.72 | 4110-000 | | | 654,397.05 |
| 07/30/24 | | Chase Home Lending | Mortgage | -8,819.00 | 4110-000 | | | 654,397.05 |
| 07/30/24 | | Ridge Abstract Corp | Closing costs | -2,770.00 | 2500-000 | | | 654,397.05 |
| 07/30/24 | | Veolia Water New York Inc. | Closing cost | -27.38 | 2500-000 | | | 654,397.05 |
| 08/06/24 | Asset #1 | R3M LAW LLP | INCOMING WIRE Net sale proceeds from closing. Sale of 66 Wilson Drive, New Rochelle, NY pursuant to Order dated 07.12.24, ECF # 63. | | 1110-000 | 96,000.00 | | 750,397.05 |
| 10/31/24 | | Webster Bank, NA | Bank and Technology Services Fee | | 2600-000 | | 312.67 | 750,084.38 |
| 11/29/24 | | Webster Bank, NA | Bank and Technology Services Fee | | 2600-000 | | 452.64 | 749,631.74 |
| 12/17/24 | | Levine and Wiss, PLLC | Settlement funds for personal injury claim [ECF Doc. 64] | | | 110,375.99 | | 860,007.73 |

# Form 2
## Cash Receipts and Disbursements Record



**Case Number:** 23-22355 KYP
**Case Name:** Jaana Colangelo
**Taxpayer ID#:** **-***2102
**Period Ending:** 04/09/26

**Trustee:** Howard P. Magaliff
**Bank Name:** Webster Bank, NA
**Account:** ******6708 - Checking
**Blanket Bond:** $43,994,379.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/17/24 | Asset #10 | Levine and Wiss, PLLC | Gross Settlement pursuant to order dated 07.12.24, ECF Doc. 64. | 350,000.00 | 1242-000 | | | 860,007.73 |
| 12/17/24 | | Levine and Wiss, PLLC | Personal injury attorney fees, pursuant to order dated 07.12.24, ECF Doc. 64. | -110,375.99 | 3210-000 | | | 860,007.73 |
| 12/17/24 | | | Payment to worker's compensation lien, pursuant to order dated 07.12.24, ECF Doc. 64. | -110,375.98 | 4210-000 | | | 860,007.73 |
| 12/17/24 | | | Personal injury case misc. fees and expenses, pursuant to order dated 07.12.24, ECF Doc 64. | -18,872.04 | 2500-000 | | | 860,007.73 |
| 12/31/24 | | Webster Bank, NA | Bank and Technology Services Fee | | 2600-000 | | 664.93 | 859,342.80 |
| 01/31/25 | | Webster Bank, NA | Bank and Technology Services Fee | | 2600-000 | | 716.12 | 858,626.68 |
| 02/28/25 | | Webster Bank, NA | Bank and Technology Services Fee | | 2600-000 | | 715.52 | 857,911.16 |
| 03/31/25 | | Webster Bank, NA | Bank and Technology Services Fee | | 2600-000 | | 714.93 | 857,196.23 |
| 04/30/25 | | Webster Bank, NA | Bank and Technology Services Fee | | 2600-000 | | 714.33 | 856,481.90 |
| 05/30/25 | | Webster Bank, NA | Bank and Technology Services Fee | | 2600-000 | | 713.73 | 855,768.17 |
| 06/30/25 | | Webster Bank, NA | Bank and Technology Services Fee | | 2600-000 | | 713.14 | 855,055.03 |

Exhibit 9

Page: 3

# Form 2
## Cash Receipts and Disbursements Record

**Case Number:** 23-22355 KYP
**Case Name:** Jaana Colangelo
**Taxpayer ID#:** **-***2102
**Period Ending:** 04/09/26

**Trustee:** Howard P. Magaliff
**Bank Name:** Webster Bank, NA
**Account:** ******6708 - Checking
**Blanket Bond:** $43,994,379.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/07/25 | 1001 | International Sureties, Ltd. | Bond Premium - 6/19/24 - 6/19/25: Bond #612418768 [duplicate entry]; Voided on 07/16/2025 | 2300-003 | | 613.21 | 854,441.82 |
| 07/07/25 | 1002 | International Sureties, Ltd. | Bond Premium - 6/19/25 - 6/19/26: Bond #612418767 | 2300-000 | | 613.21 | 853,828.61 |
| 07/16/25 | 1001 | International Sureties, Ltd. | Bond Premium - 6/19/24 - 6/19/25: Bond #612418768 [duplicate entry]; Voided: Check issued on 07/07/2025 | 2300-003 | | -613.21 | 854,441.82 |
| 07/31/25 | | Webster Bank, NA | Bank and Technology Services Fee | 2600-000 | | 712.22 | 853,729.60 |
| 08/01/25 | | Transfer | Transfer to account 2831 | 9999-000 | | 853,729.60 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **860,773.04** | **860,773.04** | **$0.00** |
| Less: Bank Transfers | 0.00 | 853,729.60 | |
| **Subtotal** | **860,773.04** | **7,043.44** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$860,773.04** | **$7,043.44** | |

Exhibit 9

# Form 2
# Cash Receipts and Disbursements Record



**Case Number:** 23-22355 KYP
**Case Name:** Jaana Colangelo
**Taxpayer ID#:** **-***2102
**Period Ending:** 04/09/26

**Trustee:** Howard P. Magaliff
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******2831 - Checking
**Blanket Bond:** $43,994,379.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/01/25 | | Transfer | Transfer from account 6708 | 9999-000 | 853,729.60 | | 853,729.60 |
| 08/26/25 | 100001 | MYC & Associates, Inc. | Check stopped 9.8.25 for non-delivery.<br><br>Commission (6% x $960,000) per order dated 7.12.24, ECF 64;<br>Check ; Stopped on 09/08/2025 | 3510-004 | | 57,600.00 | 796,129.60 |
| 08/29/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 686.91 | 795,442.69 |
| 09/08/25 | 100001 | MYC & Associates, Inc. | Check stopped 9.8.25 for non-delivery.<br><br>Commission (6% x $960,000) per order dated 7.12.24, ECF 64;<br>Check ; Stopped: Check issued on 08/26/2025 | 3510-004 | | -57,600.00 | 853,042.69 |
| 09/10/25 | 100002 | MYC & Associates, Inc. | Commission (6% x $960,000) per order dated 7.12.24; replaces check stopped on 09/08/2025 for non-delivery. | 3510-000 | | 57,600.00 | 795,442.69 |
| 09/25/25 | Asset #1<br>100003 | R3M Law, LLP | Transfer of Ronald Colangelo's share of sale proceeds to R3M IOLA account pursuant to Order dated 9.24.25, ECF 77 | 1110-000 | -318,533.35 | | 476,909.34 |
| 09/30/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 850.09 | 476,059.25 |
| 10/31/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 595.07 | 475,464.18 |
| 11/28/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 594.33 | 474,869.85 |
| 02/25/26 | 100004 | YALE NEW HAVEN HEALTH | Per Order authorizing final distribution | 7100-000 | | 762.74 | 474,107.11 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9



**Case Number:** 23-22355 KYP
**Case Name:** Jaana Colangelo
**Taxpayer ID#:** **-***2102
**Period Ending:** 04/09/26

**Trustee:** Howard P. Magaliff
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******2831 - Checking
**Blanket Bond:** $43,994,379.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 02/25/26 | 100005 | Howard P. Magaliff | Per Order authorizing final distribution, Compensation: $48,586.37, Expenses: $33.57 | | | | 48,619.94 | 425,487.17 |
| 02/25/26 | | Howard P. Magaliff | Per Order authorizing final distribution | 48,586.37 | 2100-000 | | | 425,487.17 |
| 02/25/26 | | Howard P. Magaliff | Per Order authorizing final distribution | 33.57 | 2200-000 | | | 425,487.17 |
| 02/25/26 | 100006 | R3M Law, LLP | Per Order authorizing final distribution, Fees: $58,190.05, Expenses: $442.06 | | | | 58,632.11 | 366,855.06 |
| 02/25/26 | | R3M Law, LLP | Per Order authorizing final distribution | 58,190.05 | 3110-000 | | | 366,855.06 |
| 02/25/26 | | R3M Law, LLP | Per Order authorizing final distribution | 442.06 | 3120-000 | | | 366,855.06 |
| 02/25/26 | 100007 | Vinay Agarwal, CPA, LLC | Per Order authorizing final distribution, Fees: $30,062.42, Expenses: $185.53 | | | | 30,247.95 | 336,607.11 |
| 02/25/26 | | Vinay Agarwal, CPA, LLC | Per Order authorizing final distribution | 30,062.42 | 3410-000 | | | 336,607.11 |
| 02/25/26 | | Vinay Agarwal, CPA, LLC | Per Order authorizing final distribution | 185.53 | 3992-000 | | | 336,607.11 |

# Form 2
# Cash Receipts and Disbursements Record

Exhibit 9



**Case Number:** 23-22355 KYP
**Case Name:** Jaana Colangelo
**Taxpayer ID#:** **-***2102
**Period Ending:** 04/09/26

**Trustee:** Howard P. Magaliff
**Bank Name:** Flagstar Bank, N.A.
**Account:** ******2831 - Checking
**Blanket Bond:** $43,994,379.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/25/26 | 100008 | BUSINESS FINLAND USA, INC. | Per Order authorizing final distribution | 4110-000 | | 336,607.11 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **535,196.25** | **535,196.25** | **$0.00** |
| Less: Bank Transfers | 853,729.60 | 0.00 | |
| **Subtotal** | **-318,533.35** | **535,196.25** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$-318,533.35** | **$535,196.25** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2831** | **-318,533.35** | **535,196.25** | **0.00** |
| **Checking # ******6708** | **860,773.04** | **7,043.44** | **0.00** |
| | **$542,239.69** | **$542,239.69** | **$0.00** |