# Request for ECF Email Notification

**Debtor's Name:** Ronald Colangelo Pro Se

**Bankruptcy Case Number:** 23-22355 kyp

**Adv Pro Case Number:** 26-07007 kyp

**Debtor's Address:** 69 Faneuil Place New Rochelle, NY 10801

**Telephone Number:** 914-374-4924

**Email Address:** ronbcolangelo@mac.com

**Last Four Digits of Social Security Number:** 7894

**Certification:** I request to receive notices and orders issued by the Bankruptcy Court via email. I understand that I must keep my email address current with the Clerk's Office and that my email address will become part of the public record.

**Signature:** /s/ Ronald Colangelo Pro Se

**Date:** July 13, 2026